**UNITED STATES DISTRICT COURT**     **EASTERN DISTRICT OF TEXAS**

WILLIS JOSEPH REED,                    §
                                       §
              Petitioner,              §
                                       §
*versus*                               §    CIVIL ACTION NO. 1:06-CV-598
                                       §
DIRECTOR, TDCJ-CID,                    §
                                       §
              Respondent.              §

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Petitioner Willis Joseph Reed, a prisoner confined at the Michael Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge recommends denying petitioner's motion for default judgment.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.  No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

<u>O R D E R</u>

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**.  Petitioner's motion for default judgment is **DENIED**.

SIGNED at Beaumont, Texas, this 27th day of March, 2008.

_Marcia A. Crone_

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE